■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARNOLD RAIMONDO, Appellant. [661 NYS2d 979] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 15, 1986 *(People v Raimondo,* 125 AD2d 506), affirming a judgment of the Supreme Court, Kings County, rendered January 10, 1983.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Bracken, J. P., Rosenblatt, Miller and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK WALLACE, Appellant. [661 NYS2d 979] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 14, 1995 *(People v Wallace,* 218 AD2d 718), affirming a judgment of the Supreme Court, Queens County, rendered January 13, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). O'Brien, J. P., Joy, Goldstein and Florio, JJ., concur.